576

THE STATE OF OHIO, APPELLEE, *v.* ELKINS, APPELLANT.

[Cite as *State v. Elkins* (1995), 71 Ohio St.3d 576.]

(No. 94–2086—Submitted January 10, 1995—Decided March 1, 1995.)

*Ronald Dale Elkins, pro se.*

*Per Curiam.*   App.R. 26(B)(6) states in part that if a court of appeals denies an App.R. 26(B) application to reopen a direct appeal, "it shall state in the entry the reasons for denial."   In this case, the court of appeals did not comply with App.R. 26(B)(6), and we remand the cause for compliance.

*Cause remanded to*
*the court of appeals.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.